

# NOTICE OF PREMIUM

Herbert H. Landy Insurance Agency
Kathy Davis
75 Second Avenue, Suite 410
Needham, MA 02494

*Thank You For Participating In This Association-Sponsored Plan*

| | |
|---|---|
| Name of Insurance: | Lawyers Professional Liability |
| Policy/Certificate # | WPP1065535-02 |
| Coverage Period: | 12-26-2014 to 12-26-2015 |
| Total Premium: | $40,171.00 |

**Please Return With Your Payment**

| POLICY NAME : | POLICY TYPE : | Policy #: |
|---|---|---|
| Lawyers Professional Liability | 62509 | WPP1065535-02 |
| NAME OF INSURED: | ACCOUNT NUMBER: | AMOUNT DUE |
| BLA Schwartz, PC | 295897 | $ 40,171.00 |

# EXHIBIT E